Dismissed and
Memorandum Opinion filed June 3, 2010.

 

                        

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00839-CV

____________

 

DAVID MEYER, M.D., Appellant

 

V.

 

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA, Appellee

 

 

 



On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2006-14175

 

 

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed June 30, 2009.  The
clerk’s record was filed February 23, 2010.  No brief was filed.

            On April 8, 2010, this court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before May 10, 2010, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Seymore.